UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENTERTAINMENT PUBLICATIONS, LLC ) | CASE NO. 10-CV-13240 |
| ) | |
| Plaintiff, ) | Honorable Judge Patrick J. Duggan |
| ) | |
| v. ) | |
| ) | |
| FUND RAISING PRODUCTS, INC. d/b/a ) | **PLAINTIFF ENTERTAINMENT** |
| MEADOW FARMS FUNDRAISING, *et al.* ) | **PUBLICATIONS, LLC'S NOTICE OF** |
| ) | **DISMISSAL WITH PREJUDICE** |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

---

William J. Vincent (P38430)
LITTLER MENDELSON, P.C.
200 Renaissance Center, Suite 3110
Detroit, MI 48243
(313) 446-6400
(313) 446-6405 (Fax)
wvincent@littler.com
Local Counsel for Plaintiff

Lee J. Hutton (OH-0006794)
Heidi Alten (OH-0068513)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, Ohio 44114
(216) 696-7600
(216) 696-2038 (Fax)
lhutton@littler.com
halten@littler.com
Lead Counsel for Plaintiff

Attorneys for Plaintiff,

ENTERTAINMENT PUBLICATIONS, LLC

NOW COMES Plaintiff, Entertainment Publications, LLC ("Entertainment") and hereby provides notice, pursuant to Civil Rule 41(a)(1)(A)(i), of its dismissal with prejudice of this action, pursuant to its agreement with the parties.

Respectfully submitted,
/s/  William J. Vincent

William J. Vincent (P38430)
LITTLER MENDELSON, P.C.
200 Renaissance Center, Suite 3110
Detroit, MI 48243
(313) 446-6400
(313) 446-6405 (Fax)
**wvincent@littler.com**
Local Counsel for Plaintiff

Lee J. Hutton (OH-0006794)
Heidi Alten (OH-0068513)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, Ohio 44114
(216) 696-7600
(216) 696-2038 (Fax)
**lhutton@littler.com**
**halten@littler.com**
Lead Counsel for Plaintiff

Attorneys for Plaintiff,
ENTERTAINMENT PUBLICATIONS, LLC

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  October 18, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 18, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system. I also certify that a copy of the foregoing Plaintiff Entertainment Publications, LLC's Notice of Dismissal With Prejudice was sent by electronic mailed and regular U.S. Mail, to the following non-ECF participants:

A. Craig Brown (MA-059680)
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900
**brown@dwpm.com**
Attorney for Defendant
Fund Raising Products, Inc. d/b/a Meadow Farms Fundraising

Gregory P. Howe
Law Office of Gregory P. Howe
5346 US Route 5
Newport, VT 05855-9472
**gphowe@myfairpoint.net**
Attorney for Defendant Tyburski

Ross Annenberg
Abigail Williams & Associates, P.C.
340 Main Street, Suite 330
Worcester, MA 01608
**rannenberg@medical-law.com**
Attorney for Defendant Langdon

Jeffrey S. Siegel
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
**jsiegel@morganbrown.com**
Attorney for Defendant Joseph

                                            /s/ William J. Vincent
                                            William J. Vincent (P38430)
                                            LITTLER MENDELSON, P.C.